IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:11-CR-375-D

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| v. ) | |
| ) | **ORDER** |
| AARON JUAREZ-GOMEZ, ) | |
| ) | |
| Defendant. ) | |

On April 24, 2022, this court denied Aaron Juarez-Gomez's motion for reconsideration and for a sentence reduction. See [D.E. 202]. On June 21 and July 19, 2022, Juarez-Gomez filed motions to reduce his sentence. See [D.E. 205, 211]. Juarez-Gomez's motions [D.E. 205, 211] lack merit and are DENIED. Cf. Concepcion v. United States, 142 S. Ct. 2389, 2401–05 (2022).

SO ORDERED. This 10 day of October, 2022.

JAMES C. DEVER III
United States District Judge